Dismissed and Memorandum Opinion filed January 15, 2004









Dismissed and Memorandum Opinion filed January 15,
2004.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-02-00723-CV

____________

 

OZARK INTERESTS, INC., D/B/A
CAMP OZARK AND OZARK BOYS CLUB, AND R. SAM TORN, Appellants

 

V.

 

ALLEN SCHUBERT AND MAJORIE SCHUBERT,
INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF SAMUEL SCHUBERT, A MINOR, DECEASED, Appellees

 



 

On Appeal from the 164th
District Court

 Harris County, Texas

Trial Court Cause No. 00-65240 

 



 

M E M O R A N D U M  
O P I N I O N

This is an appeal from a judgment signed June 17, 2002.

On December 23, 2003, the parties filed an agreed motion to
dismiss the appeal because the case has been settled.  See Tex.
R. App. P. 42.1.  The motion is
granted.         Accordingly, the appeal
is ordered dismissed.

 








PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed January 15, 2004.

Panel consists of Justices
Edelman, Frost, and Guzman.